**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A-ONE COMMERCIAL INSURANCE RISK RETENTION GROUP, INC., <br><br> Plaintiff <br><br> vs. <br><br> ENRIQUE MERINO ET AL. <br><br> Defendants. | CASE NO.: <br> 2:22-cv-01289-SVW-RAO <br><br> JUDGMENT |

Judgment is entered for Plaintiff A-One Commercial Insurance Risk Retention Group and against Defendants Enrique Merino et al., pursuant to the Court's order dated April 10, 2024.

DATE: April 12, 2024

_____
STEPHEN V. WILSON, U.S. DISTRICT JUDGE